**In re Llewellyn K. WAILEHUA, Jr., Petitioner.**

**Misc. No. 799.**

United States Court of Appeals, Federal Circuit.

Nov. 7, 2005.

## ORDER

On September 19, 2005 the court ordered the Petitioner to pay the filing fee or this petition would be dismissed. The Petitioner has failed to pay the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

Wailehua's petition is hereby dismissed.